IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RONNIE D. FLOW, JR.                                                      PLAINTIFF

v.                             Civil No. 1:17-cv-1021

JUDGE KEATON, *et al.*                                                  DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed April 17, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Bryant recommends that Plaintiff's complaint against all Defendants be dismissed without prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1) and ECF No. 58. Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's complaint against all Defendants is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a).

**IT IS SO ORDERED**, this 9th day of May, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge